FELIPE GONZALEZ MARTINEZ v. ALFRED WOLF.

October 2, 1973. Petition for certification denied.

ALBERT RUE v.
PLANNING BOARD OF TOWNSHIP OF MANALAPAN.

October 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v.
TIMOTHY P. LEWIS AND FOSTER DRUMMER.

October 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES KING.

October 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. NICKOLAS HERNANDEZ.

October 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY SPANO.

October 2, 1973. Petition for certification granted.